IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEANDRE TREMAIN THOMPSON,** | Civil No. 1:15-cv-1927 |
| **Plaintiff,** | |
| v. | |
| **DANIEL S. KEEN,** *et al.*, | |
| **Defendant.** | Judge Sylvia H. Rambo |

# M E M O R A N D U M

Before the court is a report and recommendation (Doc. 21) filed by the magistrate judge in which she recommends that Plaintiff Thompson's complaint filed pursuant to 42 U.S.C. § 1983 be dismissed with leave to file an amended complaint. The magistrate judge addressed the complaint pursuant to 28 U.S.C. § 1915(e)(2) and found that it failed to state a cause of action. Objections were due on January 12, 2017. To date, no objections have been filed.

Thompson names as defendants in their official and individual capacities certain employees of the Franklin County jail ("FJC"), Franklin County Commissioner Robert Thomas, and Pennsylvania Secretary of Corrections John Wetzel. Thompson alleges that he was held at the FCJ without a preliminary arraignment, formal charges, booking or fingerprinting. (Doc. 1.) He claims violations of the Due Process Clause, Equal Protection Clause, Cruel and Unusual

Punishment Clause, and Search and Seizure Clause of the United States Constitution.

After a review of the report and recommendation, this court finds that the magistrate judge cited and applied the proper case law and will adopt the report and recommendation in part. An appropriate order will issue.

                                           s/Sylvia H. Rambo
                                           SYLVIA H. RAMBO
                                           United States District Judge

Dated: March 1, 2017