IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**DEANDRE TREMAIN THOMPSON,** : Civil No. 1:15-cv-1927
:
    **Plaintiff,** :
:
v. :
:
**DANIEL S. KEEN,** *et al.*, :
:
    **Defendant.** : Judge Sylvia H. Rambo

# O R D E R

**AND NOW**, this 1st day of March, 2017, **IT IS HEREBY ORDERED** as follows:

1. The report and recommendation is adopted in part.

2. Thompson is granted leave to proceed *in forma pauperis*.

3. A previously filed application (Doc. 5) to proceed *in forma pauperis* is deemed moot.

4. Thompson is granted leave to file an amended complaint on the following conditions:

   a. The amended complaint shall not contain a claim for injunctive relief against Defendants Bechtold and Thomas;

   b. The amended complaint shall address only individual claims against the FCJ defendants;

   c. Any official capacity claims shall be against the County of Franklin;

   d. The amended complaint shall comply with the admonition set forth by the magistrate judge in the report and recommendation for the

    requirements of a properly pleaded complaint including footnote 6 at page 19.

5. This matter is remanded to the magistrate judge for any further proceedings.

                                         s/Sylvia H. Rambo
                                         SYLVIA H. RAMBO
                                         United States District Judge