IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**DEANDRE TREMAIN THOMPSON,** : Civil No. 1:15-cv-1927
:
        **Plaintiff,** :
:
  **v.** :
:
**DAVID RUSH, et al.,** :
:
        **Defendant.** : Judge Sylvia H. Rambo

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY**

**ORDERED** as follows:

1) The report and recommendation of the magistrate judge (Doc. 37) is **ADOPTED**.

2) Thompson's claims against all defendants are **DISMISSED WITH PREJUDICE**.

3) The Clerk of Court shall close this file.

4) Any claim taken from this order is deemed frivolous and not taken in good faith.

                                            s/Sylvia H. Rambo
                                            SYLVIA H. RAMBO
                                            United States District Judge

Dated: March 18, 2019